Roberto Curinsita **MALDONADO**, Petitioner,

v.

Eric H. **HOLDER** Jr., Attorney General, Respondent.

No. 09–71491.

United States Court of Appeals, Ninth Circuit.

July 29, 2014.

Haitham Edward Ballout, Esquire, Law Offices of Haitham E. Ballout, Burlingame, CA, for Petitioner.

Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, Andrew C. MacLachlan, Senior Litigation Counsel, OIL, Kelly J. Walls, Esquire, Trial, Walter Manning Evans, Esquire, Senior Litigation Counsel, Ilissa M. Gould, Trial, DOJ–U.S. Department of Justice, Washington, DC, for Respondent.

Agency No. A017–263–848.

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be heard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3.

Judges GRABER and FRIEDLAND did not participate in the deliberations or vote in this case.